■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEPHEARD JACKSON, Appellant. [603 NYS2d 757] —Appeal by the defendant from a judgment of the County Court, Nassau County (Winick, J.), rendered August 24, 1992, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE JARA, Appellant. [603 NYS2d 758] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Goldstein, J.), rendered August 12, 1991.

Ordered that the judgment is affirmed.

We have examined the record and find that the defendant's plea of guilty was knowingly and voluntarily entered.

The defendant having raised no other issues, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.